IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

**Civil Action No. 07-cv-01243-MJW-MEH**

W. MICHAEL RZEPIENNIK,

Plaintiff(s),

v.

ARCHSTONE-SMITH, INC.,

Defendant(s).

ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

    This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on December 27, 2007, by Judge Wiley Y. Daniel and was assigned to Magistrate Judge Michael J. Watanabe on December 27, 2007.

    Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed.R.Civ.P.72(a) and (b), IT IS HEREBY ORDERED that **Magistrate Judge Michael E. Hegarty** is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

    IT IS FURTHER ORDERED that the **Order of Reference to Magistrate Judge**, entered by Judge Wiley Y. Daniel on June 15, 2007, is **VACATED**.

    IT IS FURTHER ORDERED that a Final Pretrial Conference is set before Magistrate Judge Michael J. Watanabe on September 15, 2008, at **9:30 a.m.**, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Watanabe five (5) business days prior to the Final Pretrial Conference date.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B.

    The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded from the forms section of the Court's website at [www.co.uscourts.gov.](www.co.uscourts.gov.) Parties who are *pro se* or do not have access to the internet

may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

It is FURTHER ORDERED that the:

**Status Conference set on January 17, 2008, at 9:15 a.m. is VACATED.**

**Telephonic Status Conference set on January 24, 2008, at 9:15 a.m., is VACATED.**

DATED THIS 14th DAY OF JANUARY, 2008.

BY THE COURT:

s/ Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge