IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01243-MJW-MEH

W. MICHAEL RZEPIENNIK,

Plaintiff,

v.

ARCHSTONE-SMITH, INC.,

Defendant.

**ORDER DIRECTING ADDITIONAL BRIEFING**

**Entered by Magistrate Judge Michael J. Watanabe**

The court has reviewed the pending motion to dismiss (Docket No. 10), the plaintiff's brief in opposition (Docket No. 22), and defendant's reply (Docket No. 23).

In the affidavit of Al Neely, which is attached as Exhibit 2 to the reply (Docket No. 23-3), Mr. Neely (the President and Chief Development Officer of defendant Archstone-Smith, Inc.) states that the document attached to his affidavit is a true and correct copy of the Development Incentive Plan in place for calendar year 2002 and is the only Development Incentive Plan administered by Archstone Communities Trust for the benefit of Archstone-Smith, Inc. employees. (Docket No. 23-3, ¶ 5). In view of this attachment and Mr. Neely's affidavit, it is hereby

**ORDERED** that on or before 5 p.m. on March 4, 2008, plaintiff shall file a brief sur-reply that addresses solely (1) that attachment, Mr. Neely's affidavit, and their impact upon plaintiff's contention in her opposition to the motion to dismiss that

defendant's Maryland statute of limitations argument is precluded because defendant's Exhibit D had not been shown to be nor declared to be "indisputably authentic" and which on its face is marked as a draft (Docket No. 22 at 17), and (2) defendant's argument in its reply that if the court considers the document attached to Mr. Neely's affidavit, plaintiff's contract claim must be dismissed. Defendant shall then have until 5 p.m. on March 6, 2008, to file any response to plaintiff's sur-reply.

Date: February 28, 2008  
      Denver, Colorado

s/ Michael J. Watanabe  
Michael J. Watanabe  
United States Magistrate Judge